UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL SOLANO,

      Plaintiff,

    v.

LEANNA LUNDY,

      Defendant.

Case No.  2:25-cv-0797-JDP (P)

ORDER

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 8, is granted; and

    2.  Plaintiff is granted until June 30, 2025 to file an amended complaint.

IT IS SO ORDERED.

Dated:   May 21, 2025                  _____
                                 JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE

1