1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DANIEL SOLANO,                         Case No.  2:25-cv-0797-TLN-JDP (P)

11              Plaintiff,

12        v.                                ORDER

13   LEANNA LUNDY,

14              Defendant.

15

16        Plaintiff filed a motion for extension of time to file objections to the August 21, 2025,

17   findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18        1.  Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED; and

19        2.  Plaintiff is granted up to and including October 6, 2025, in which to file objections to

20   the findings and recommendations.

21   IT IS SO ORDERED.

22

23   Dated:    September 16, 2025                _____

24                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                            1