UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SOLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEANNA LUNDY,<br><br>　　　　Defendant. | No. 2:25-cv-0797-TLN-JDP (P)<br><br>**ORDER** |

　　　　Plaintiff Daniel Solano ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 21, 2025, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 11.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 14.)

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 11), are adopted in full;
2. The First Amended Complaint, (ECF No. 10), is DISMISSED without leave to amend for failure to state a viable federal claim; and
3. The Clerk of the Court is directed to close this case.

Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2